**Order entered March 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01735-CV

### JUANITA J. GAROFALO, Appellant

### V.

### CHANDLER MANAGEMENT D/B/A
### MCCALLUM CROSSING APARTMENTS, Appellee

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 05-01979-2012**

## ORDER

The Court has before it appellant's March 25, 2013 first motion for extension of time to file appellant's brief and perfect appeal. The Court **GRANTS** the motion and **ORDERS** appellant to file her brief by April 5, 2013.

/s/     ELIZABETH LANG-MIERS
          JUSTICE